United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI CLARK,<br><br>   Plaintiffs,<br><br>  v.<br><br>SOCIEDAD TEXTIL LONIA, CORP.,<br><br>   Defendants. | Case No. 23-cv-06371-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/14/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  N/A

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/11/2024.

DESIGNATION OF EXPERTS: 11/15/2024; REBUTTAL: 12/15/2024;
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 1/10/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 2/7/2025;
  Opp. Due: 2/21/2025; Reply Due: 2/28/2025;
  and set for hearing no later than 3/14/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  4/15/2025
PRETRIAL CONFERENCE DATE: 4/29/2025 at 1:30 PM.

JURY TRIAL DATE: 5/12/2025 at 8:30 AM.
  Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: April 1, 2024

_____
SUSAN ILLSTON
United States District Judge