Jerry D. Underwood (CA Bar No. 202874)
LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.
8141 East Kaiser Blvd., Suite 120
Anaheim Hills, CA  92808
Telephone:  (714) 998-9802
junderwood@jdulaw.com

Attorney For Plaintiff
Jodi Clark

AN NGUYEN RUDA (SBN 215453)
  aruda@bartkolaw.com
ELIZABETH T. FERGUSON (SBN 318934)
  eferguson@bartkolaw.com
BARTKO LLP
1100 Sansome Street
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendant
SOCIEDAD TEXTIL LONIA, CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JODI CLARK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SOCIEDAD TEXTIL LONIA, CORP., a New York Corporation; and DOES 1 to 25, inclusive, <br><br> Defendants. | **Case No. 3:23-cv-06371-SI** <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED R. CIV. P. 41 (a)(1)(A)(ii)** <br><br> State Complaint Filed: November 9, 2023 <br> Removed:            December 11, 2023 <br> Trial Date:           July 14, 2025 |

Pursuant to Federal Rules of Civil Procedure section 41(a)(1)(A)(ii), IT IS STIPULATED by Plaintiff JODI CLARK and Defendant SOCIEDAD TEXTIL LONIA, CORP. that this action may be dismissed with prejudice as to all parties, including SOCIEDAD TEXTIL

--1--

LAW OFFICES OF
JERRY D.
UNDERWOOD
ANAHEIM HILLS

STIPULATION AND REQUEST TO DISMISS THE CASE

1  LONIA, CORP. and DOES 1 to 25, with attorneys' fees and costs to be borne by each party.
2  This stipulation is made as the matter has been resolved to the satisfaction of all parties.

3

4  **IT IS SO STIPULATED:**

5  Dated: October 16, 2024              LAW OFFICES OF JERRY D.
6                                        UNDERWOOD, A.P.C.

7
                                         By: _/s/ Jerry D. Underwood_____
8                                            Jerry D. Underwood
9                                            Attorneys for Plaintiff JODI CLARK

10
                                         BARTKO LLP
11

12

13 Dated: October 16, 2024               By: _/s/_____
                                             An Nguyen Ruda
14                                           Elizabeth T. Ferguson
                                             Attorneys for Defendant SOCIEDAD TEXTIL
15                                           LONIA, CORP

16

17

18

19

20

21

22
                                         Date: October 17, 2024
23

24

25

26

27

28

*APPROVED — Judge Susan Illston, United States District Court, Northern District of California*